IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MORRIS B. JOYNER,

    Petitioner,

v.                                                                  CASE NO. 1:07-cv-00165-MP-AK

FLORIDA PAROLE COMMISSION,
JAMES R. MCDONOUGH,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Morris B. Joyner. Petitioner has paid the filing fee. The Court has reviewed the petition, and Respondents will be required to file an answer or other pleading within the time set by this order.[1] *See* § 2254 Rules 4 and 5. If an answer is filed, it shall be in compliance with § 2254 Rule 5. If a response is filed which raises a procedural argument not going to the merits, Respondents may await a ruling on that defense before filing an answer on the merits. Alternatively, Respondents may proceed directly to the merits without necessarily waiving the exhaustion requirement. *See* 28 U.S.C. §§ 2254(b)(2) and 2254(b)(3).

---

[1]The Court has determined it is in the interest of judicial economy to allow Respondents 90 days to answer the petition, rather than the 60 days which the Court has routinely allowed in the past. The Court reaches this conclusion because of the inordinate number of extensions of time it previously received from the Attorney General's Office. **Respondents are hereby put on notice that no further extension of time shall be granted absent a strong showing of exigent circumstances.**

Petitioner may file a response to Respondents' arguments within the time set by this order, but he is not required to do so. Upon receipt of the Respondents' arguments and Petitioner's response (if any), the court will review the file to determine whether an evidentiary hearing is required. An evidentiary hearing will not be required unless consideration of disputed evidence outside the state court record appears necessary to the court. If it is determined that an evidentiary hearing is not required, the court will dispose of the petition as justice requires pursuant to § 2254 Rule 8(a).

Accordingly, it is **ORDERED:**

That the clerk shall furnish by certified mail, return receipt requested, a copy of the petition for writ of habeas corpus, Document 1, and this order to Respondents and the Attorney General of the State of Florida;

Respondents shall file an answer or other pleading on or before **January 7, 2008;**

Petitioner shall have until **February 7, 2008**, to file a response, if desired.

**DONE AND ORDERED** this   *3rd*   day of October, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**