IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MORRIS B. JOYNER,

    Petitioner,

v.   CASE NO. 1:07-cv-165-MP-AK

JAMES MCDONOUGH, et al.,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, Petitioner's motion for extension of time.

Having carefully considered the matter, the Court finds the motion is well taken, and it is

**GRANTED**. Petitioner shall file his reply no later than **April 9, 2008**.

**DONE AND ORDERED** this  *11*<sup>th</sup>  day of February, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**