IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MORRIS B JOYNER,

    Petitioner,

v.                                    CASE NO. 1:07-cv-00165-MP-GRJ

JAMES R MCDONOUGH,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 29, Motion for Enlargement of Time by Morris B. Joyner. Petitioner moves the Court for a thirty day enlargement of time to file objections to the Magistrate Judge's report and recommendation. Petitioner states that he has limited access to the law library and is awaiting legal documents pertinent to his case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The motion for enlargement of time to file objections, Doc. 29, is GRANTED.

2. Petitioner may file objections to the report and recommendation on or before August 15, 2011.

**DONE AND ORDERED** this  *12th* day of July, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge