IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MORRIS B JOYNER,

    Petitioner,

v.                                          CASE NO. 1:07-cv-00165-MP-GRJ

JAMES R MCDONOUGH,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 28, Report and Recommendation of the Magistrate Judge, which recommends that the petition for a writ of habeas corpus, Doc. 1, be denied, and that a certificate of appealability be denied. Petitioner has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 28, is ACCEPTED and incorporated herein.

2.     The petition for writ of habeas corpus, Doc. 1, is DENIED and a certificate of appealability is DENIED.

**DONE AND ORDERED** this  *22nd* day of August, 2011

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge